IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| NEKOME, LLC, a Delaware Limited Liability Company, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. ) |
| PETER REA and DARLENE REA, | ) ) ) ) |
| Defendants. | ) ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and L.R. 7.1, Plaintiff, Nekome, LLC, hereby files the following Corporate Disclosure Statement:

Nekome, LLC hereby states that it is a privately held limited liability company organized under the laws of Delaware and does not have a parent company.

Dated: April 4, 2014   Respectfully submitted,

VAN OSDOL & MAGRUDER, PC

By: /s/ Anthony L. Gosserand
Anthony L. Gosserand    MO # 38844
911 Main, Suite 2400
Kansas City, Missouri   64105
Telephone:  (816) 421-0644
Telecopier:  (816) 421-0758
tgosserand@vomer.com

{00153691. 1}