IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

## ORDER OF TRANSFER

The civil cases listed on Attachment A to this order were originally assigned to The Honorable Richard E. Dorr.  Due to the death of Judge Dorr, the cases were temporarily transferred to judges outside the Western District in accordance with their respective inter-circuit or intra-circuit designations of authority.   With the appointment of District Judge Doug Harpool, the listed cases are hereby transferred to Judge Harpool or to such other Western District judge as is indicated on Attachment A.

IT IS SO ORDERED.

/s/ Greg Kays
Greg Kays, Chief Judge
United States District Court

Date:   April 18, 2014

# CIVIL CASES TO BE TRANSFERRED TO JUDGE HARPOOL OR A KANSAS CITY JUDGE AS INDICATED

| Case No. | Transferor Judge | Style of Case | Transferee Judge |
| --- | --- | --- | --- |
| 12-03404 | Motz | Harper v. United States Army | Doug Harpool |
| 13-03074 | Motz | Cummings v. Jai Ambe, Inc. et al | Doug Harpool |
| 13-03097 | Motz | Wingo v. State Farm Fire and Casualty Company | Doug Harpool |
| 13-03220 | Motz | Tucker v. Myreick | Doug Harpool |
| 13-03235 | Motz | Evans v. Sanders | Doug Harpool |
| 13-03236 | Motz | Robinson v. United States of America | Doug Harpool |
| 13-03237 | Motz | West v. Brankel et al | Greg Kays |
| 13-03241 | Motz | Bolyard v. TransPortal, LLC et al | Doug Harpool |
| 13-03250 | Motz | Mansker v. Lashmet et al | Doug Harpool |
| 13-03267 | Motz | Wass v. Dolgencorp, LLC | Doug Harpool |
| 13-03295 | Motz | Fonseca et al v. Arnott et al | Gary A. Fenner |
| 13-03308 | Motz | Pumphrey v. Frontera Produce Ltd et al | Doug Harpool |
| 13-03321 | Motz | Faria v. Humana Insurance Company et al | Doug Harpool |
| 13-03344 | Motz | Jackson v. Riebold et al | Doug Harpool |
| 13-03356 | Motz | Austin v. Casey's General Stores, Inc. et al | Doug Harpool |
| 13-03363 | Motz | Hackworth v. Kansas City Veterans Administration Medical Center et al | Doug Harpool |
| 13-03365 | Motz | Gooch v. Denney | Doug Harpool |
| 13-03367 | Motz | Owens v. Transunion | Doug Harpool |
| 13-03368 | Motz | Thornton et al v. Urquart et al | Beth Philips |
| 13-03371 | Motz | Pitts v. Earthgrains Bakery Group, Inc. | Doug Harpool |
| 13-03376 | Motz | Owens v. Transworld Systems, Inc. | Doug Harpool |

| | | | |
|---|---|---|---|
| 13-03393 | Motz | Erby v. Sanders | Doug Harpool |
| 13-03394 | Motz | Pendleton v. Sanders | Doug Harpool |
| 13-03398 | Motz | Communications Workers of America, AFL-CIO v. Southwestern Bell Telephone Company | Doug Harpool |
| 13-03408 | Motz | Kikuyama v. Sanders | Doug Harpool |
| 13-03424 | Motz | MacGill et al v. JP Morgan Chase & Co. | Greg Kays |
| 13-03433 | Motz | Owens v. Central Bank # K00002095 et al | Doug Harpool |
| 13-03438 | Motz | Eddington v. Samuels et al | Doug Harpool |
| 13-03440 | Motz | Poynor v. Life Insurance Company of North America | Doug Harpool |
| 13-03462 | Motz | Foy v. Sanders | Doug Harpool |
| 13-03467 | Motz | Archuleta v. Sanders | Doug Harpool |
| 14-03044 | Motz | Douglas v. Denney | Doug Harpool |
| 14-03055 | Motz | Lagares et al v. Koeppen et al | Beth Philips |
| 14-03058 | Motz | The General Council of the Assemblies of God v. Fraternidad Internacional Asambleas De Dios Autonomos Hispanas, Inc. et al | Doug Harpool |
| 14-03062 | Motz | Tobias v. Bowersox | Doug Harpool |
| 14-03065 | Motz | Lerssen v. Steele | Doug Harpool |
| 14-03075 | Motz | McClellan et al v. Federal Home Loan Mortgage Corporation et al | Brian C. Wimes |
| 14-03082 | Motz | Sharpe v. Howell County Sheriff's Office et al | Doug Harpool |
| 14-03090 | Motz | Thompson, II v. Zeolia et al | Greg Kays |
| 14-03094 | Motz | Hurley v. Cassady | Doug Harpool |
| 14-03099 | Motz | Rizzuti v. Sanders et al | Doug Harpool |
| 14-03100 | Motz | Rizzuti v. Sanders et al | Doug Harpool |
| 14-03101 | Motz | Rizzuti v. Sanders et al | Doug Harpool |
| 14-03103 | Motz | Williams et al v. HSBC Bank USA, N.A. | Doug Harpool |
| 14-03108 | Motz | Barton Mutual Insurance v. Technicolor USA Inc. | Doug Harpool |

| | | | |
|---|---|---|---|
| 14-03110 | Motz | Cole v. Grinnell Mutual Reinsurance Company | Doug Harpool |
| 14-03118 | Motz | Doran et al v. Forever Grand Vacations, LLC et al | Doug Harpool |
| 14-03128 | Motz | McKee v. Barton | Doug Harpool |
| 14-03129 | Motz | Owen v. Carlstrom et al | Doug Harpool |
| 14-03147 | Motz | Foy v. Pope Francis et al | Doug Harpool |
| 14-03153 | Motz | Nekome LLC v. Rea et al | Doug Harpool |
| 14-03156 | Motz | Owen v. Carlstrom et al | Doug Harpool |
| 13-05078 | Motz | Escobedo v. Jasper County Jail et al | Gary A. Fenner |
| 13-05098 | Motz | Lopez v. Mid-America Accounts Control Bureau Incorporated | Doug Harpool |
| 13-05102 | Motz | Cobb et al v. Wal-Mart Stores, Inc. et al | Doug Harpool |
| 13-05107 | Motz | Toler et al v. Vernon County, Missouri et al | Beth Philips |
| 13-05113 | Motz | Neece v. Newton County Sheriff's Department et al | Brian C. Wimes |
| 13-05121 | Motz | Youngblood v. US Dept of Agriculture | Doug Harpool |
| 13-05136 | Motz | Jones v. Smith & Nephew, Inc. | Doug Harpool |
| 13-05137 | Motz | Stanley v. The Lafayette Life Insurance Company | Doug Harpool |
| 13-05153 | Motz | Shadwick et al v. Silverleaf Resorts, Inc et al | Doug Harpool |
| 3:14-05020 | Motz | Joy v. Stone County, Missouri | Greg Kays |
| 3:14-05027 | Motz | Vicky Jo Cagle v. Fidelity Life Insurance Association et al | Gary A. Fenner |
| 3:14-05028 | Motz | Greater Missouri Medical Pro-Care Providers, Inc. v. Perez, et al | Doug Harpool |
| 3:14-05035 | Motz | International Union, United Automobile, Aerospace and Agricultural Implement Workers of America et al v. Dallas Airmotive, Inc. d/b/a Premier Turbines | Doug Harpool |
| 3:14-05037 | Motz | Neal v. Sam's East, Inc. d/b/a Sam's Club | Doug Harpool |
| 13-03131 | Shaw | Lerner et al v. Garnett et al | Doug Harpool |
| 09-3133 | Dawson | Childress et al v. Ozark Delivery of MO, LLC | Doug Harpool |
| 11-3045 | Dawson | Summit Trust Co et al v. JYL Dairy Partners, LLC et al | Doug Harpool |

| | | | |
|---|---|---|---|
| 11-3048 | Dawson | Ma v. Missouri State University et al | Beth Philips |
| 11-3090 | Dawson | Are et al v. JYL Dairy Partners LLC, et al | Doug Harpool |
| 12-3055 | Dawson | USA v. US Currency in the amount of $595,429.44 | Doug Harpool |
| 12-3459 | Dawson | American Pulverizer Co et al v. US Dept of Health and Human Services et al | Doug Harpool |
| 12-3479 | Dawson | Nachbar v. Miller et al | Brian C. Wimes |
| 12-3513 | Dawson | Vineyard et al v. Landry's Seafood House | Doug Harpool |
| 12-3532 | Dawson | Dubinick v. The Guardian Insurance & Annuity Co Inc et al | Doug Harpool |
| 13-3137 | Dawson | CSE Construction v. Hartford | Greg Kays |
| 13-5085 | Dawson | Hendrix v. D&R Mgmt LLC et al | Doug Harpool |
| 13-5017 | Fleissig | Watson v. Aegis Communications Group, LLC | Doug Harpool |
| 11-03367 | Perry | Equal Employment Opportunity Commission v. New Prime, Inc. d/b/a Prime, Inc. | Doug Harpool |
| 13-03080 | Perry | Fleetwood v. USA | Doug Harpool |
| 14-5023 | Sachs | King v. United States of America | Doug Harpool |
| 13-5116 | Sachs | Riley v. United States of America | Doug Harpool |
| 14-3049 | Sachs | Hammond v. United States of America | Doug Harpool |