IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| NEKOME, LLC, a Delaware Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 6:14-cv-03153-JFM |
| PETER REA and DARLENE REA, | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)

COMES NOW plaintiff, Nekome, LLC, by and through its counsel, and hereby dismisses, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), its Complaint in the above-captioned matter with prejudice.

Dated: June 9, 2014

Respectfully submitted,

VAN OSDOL & MAGRUDER, PC

By: /s/ Anthony L. Gosserand
    Anthony L. Gosserand    MO # 38844
    911 Main, Suite 2400
    Kansas City, Missouri  64105
    Telephone: (816) 421-0644
    Telecopier: (816) 421-0758
    tgosserand@vomer.com

ATTORNEY FOR PLAINTIFF NEKOME, LLC

{00157847. 1}