# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| NEKOME, LLC, a Delaware Limited Liability Company, <br>     Plaintiff | ) <br> ) <br> ) <br> ) |
| vs. | )   No. 14-3153-CV-S-MDH <br> ) <br> ) |
| PETER REA and DARLENE REA, <br>     Defendant. | ) <br> ) <br> ) |

## ORDER OF DISMISSAL

On the 9TH day of June, 2014, the plaintiff herein having filed his Notice of Dismissal pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice with each party to bear his or her own costs and attorney fees.

.

                                                  /s/ Douglas Harpool <br>
                                           **DOUGLAS HARPOOL** <br>
                                           **UNITED STATESDISTRICT JUDGE**

**Dated: June 10, 2014**